IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

```
JANICE S. LUCAS,                )
                                )
            Plaintiff,          )
                                )
      v.                        )   CIV-11-163-FHS
                                )
TEXAS INTERNATIONAL LIFE        )
INSURANCE COMPANY,              )
                                )
            Defendant.          )
```

### ORDER AND OPINION

Before the court for its consideration is defendant Texas International Life Insurance Company's motion to allow additional discovery and motion to compel (Doc. 173). In this motion defendant is seeking additional time to conduct discovery regarding the issue of damages.

The court grants the defendant's motion to compel and gives defendant thirty days to conduct said discovery. Defendant is allowed to obtain additional discovery from Saint Francis Hospital for the following dates: March 12, 2007, to March 16, 2007, June 6, 2007, June 24, 2007 to July 6, 2007, July 10, 2007, to July 11, 2007, and November 6, 2007 to November 16, 2007. Defendant is also allowed to obtain additional discovery from McAlester Regional Medical Center for the dates of : February 20, 2007, March 23, 2007, May 2, 2007, May 12, 2007 to May 13, 2007, May 26, 2007 to May 30, 2007, June 14, 2007, June 19, 2007, July 25, 2007, August 8, 2007 to August 9, 2007, August 16, 2007 to August 22, 2007, September 5, 2007, September 15, 2007 to October 1, 2007, October 24, 2007 to October 25, 2007, October 29, 2007

to October 30, 2007.

    Further, plaintiff is required to execute a HIPPA compliant authorization for medical records. Finally, plaintiff is required to produce all documents in her possession or under her custody and control which reflect the amount of money Mr. Lucas' medical providers accepted as payment for services rendered.

    Accordingly, defendant's Motion to Compel (Doc. 173) is hereby granted.

    It is so ordered this 18th day of January, 2013.

Frank H. Seay
United States District Judge